JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BOARD OF TRUSTEES OF THE INLAND EMPIRE IBEW-NECA DEFINED CONTRIBUTION TRUST FUND, et al., <br><br> Plaintiffs, <br><br> v. <br><br> CICO Electrical Contractors, Inc., a California corporation, <br><br> Defendant. | CASE NO. 5:19-cv-01312-KK <br><br> **[PROPOSED] ORDER RE: DISMISSAL** |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

IT IS HEREBY ORDERED that:

(1) Pursuant to the "Stipulation for Dismissal Without Prejudice, Subject to the Court Retaining Jurisdiction of the Action to Enforce Settlement Agreement" entered into by and between the Plaintiffs and Defendant, the above-entitled case shall be dismissed, without prejudice; and

(2) This Court shall reserve and retain jurisdiction of this action and the parties to enforce the terms of the parties' Settlement Agreement, including, but not limited to, entering judgment, amending judgments, issuing writs of execution, and issuing other orders.

DATED: June 26, 2020



_____
HONORABLE KENLY KIYA KATO
United States Magistrate Judge