Kerry K. Fennelly (SBN 232621)
kfennelly@kraw.com
Valentina S. Mindirgasova (SBN 272746)
vmindirgasova@kraw.com
Kraw Law Group, APC
1017 East Grand Avenue
Escondido, CA 92025
(760) 747-1100 tel
(760) 747-1188 fax

Attorneys for Plaintiffs

Matthew J. Kraus (SBN 260815)
mkraus@lc-lawyers.com
Marsha Smith (SBN 319797)
msmith@lc-lawyers.com
Lester & Cantrell, LLP
1770 Iowa Avenue, Ste. 110
Riverside, CA 92507
(951) 300-2690 tel
(951) 300-2694 fax

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE INLAND EMPIRE IBEW-NECA DEFINED CONTRIBUTION TRUST FUND, et al., <br><br> Plaintiffs, <br><br> v. <br><br> CICO Electrical Contractors, Inc., a California corporation, <br><br> Defendant. | CASE NO. 5:19-cv-01312-KK <br><br> **STIPULATION FOR ENTRY OF JUDGMENT** |

TO THE HONORABLE KENLY KIYA KATO, UNITED STATES MAGISTRATE JUDGE:

1

STIPULATION FOR ENTRY OF JUDGMENT

IT IS HEREBY STIPULATED AND AGREED by and between Defendant, CICO ELECTRICAL CONTRACTORS, INC., a California corporation ("Defendant"), and Plaintiffs, BOARD OF TRUSTEES OF THE INLAND EMPIRE IBEW-NECA DEFINED CONTRIBUTION TRUST FUND; BOARD OF TRUSTEES OF THE INLAND EMPIRE IBEW-NECA HEALTH PLAN; BOARD OF TRUSTEES OF THE RIVERSIDE COUNTY ELECTRICAL EDUCATIONAL AND TRAINING TRUST FUND; BOARD OF TRUSTEES OF THE LOCAL 477, I.B.E.W.-SOUTHERN SIERRAS CHAPTER, N.E.C.A. EDUCATIONAL AND TRAINING TRUST FUND; BOARD OF TRUSTEES OF THE INLAND EMPIRE IBEW-NECA LABOR-MANAGEMENT COOPERATION COMMITTEE TRUST; BOARD OF TRUSTEES OF THE ADMINISTRATIVE MAINTENANCE FUND; LOCAL UNION NO. 440 INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS; AND LOCAL UNION NO. 477 INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS (hereinafter, collectively, the "Plaintiffs"), as follows:

1. With respect to the causes of action pled in the Complaint filed herein for unpaid fringe benefit contributions, dues, and related amounts, Defendant is liable to the Plaintiffs for the amount of $349,588.67.

2. Judgment shall be entered in favor of the Plaintiffs, and against Defendant, in the amount of $349,588.67 minus credit for payments made under the Settlement Agreement effective June 2, 2020, in the form attached hereto as Exhibit 1.

DATED: 6/23/2020

Respectfully submitted,

By: *Matthew Kraus*
Matthew J. Kraus
Attorney for Defendant

//
//
//

1 | DATED: 6/25/20				Respectfully submitted,

By: *Kerry Fennelly* (signature)
Kerry K. Fennelly
Attorney for Plaintiffs

3

STIPULATION FOR ENTRY OF JUDGMENT

# EXHIBIT 1

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE INLAND EMPIRE IBEW-NECA DEFINED CONTRIBUTION TRUST FUND; BOARD OF TRUSTEES OF THE INLAND EMPIRE IBEW-NECA HEALTH PLAN; BOARD OF TRUSTEES OF THE RIVERSIDE COUNTY ELECTRICAL EDUCATIONAL AND TRAINING TRUST FUND; BOARD OF TRUSTEES OF THE LOCAL 477, I.B.E.W.-SOUTHERN SIERRAS CHAPTER, N.E.C.A. EDUCATIONAL AND TRAINING TRUST FUND; BOARD OF TRUSTEES OF THE INLAND EMPIRE IBEW-NECA LABOR-MANAGEMENT COOPERATION COMMITTEE TRUST; BOARD OF TRUSTEES OF THE ADMINISTRATIVE MAINTENANCE FUND; LOCAL UNION NO. 440 INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS; AND LOCAL UNION NO. 477 INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS, <br><br>      Plaintiffs, <br><br>  v. <br><br>CICO Electrical Contractors, Inc., a California corporation, | CASE NO. 5:19-cv-01312-KK <br><br> [PROPOSED] JUDGMENT |

Defendant.
)
_____

This action having been commenced on July 17, 2019, and the Court having approved the Stipulation for Entry of Judgment in favor of Plaintiffs, and for good cause shown,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:

Plaintiffs BOARD OF TRUSTEES OF THE INLAND EMPIRE IBEW-NECA DEFINED CONTRIBUTION TRUST FUND; BOARD OF TRUSTEES OF THE INLAND EMPIRE IBEW-NECA HEALTH PLAN; BOARD OF TRUSTEES OF THE RIVERSIDE COUNTY ELECTRICAL EDUCATIONAL AND TRAINING TRUST FUND; BOARD OF TRUSTEES OF THE LOCAL 477, I.B.E.W.-SOUTHERN SIERRAS CHAPTER, N.E.C.A. EDUCATIONAL AND TRAINING TRUST FUND; BOARD OF TRUSTEES OF THE INLAND EMPIRE IBEW-NECA LABOR-MANAGEMENT COOPERATION COMMITTEE TRUST; BOARD OF TRUSTEES OF THE ADMINISTRATIVE MAINTENANCE FUND; LOCAL UNION NO. 440 INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS; and LOCAL UNION NO. 477 INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS shall recover from Defendant CICO ELECTRICAL CONTRACTORS, INC., a California corporation, the amount of $349,588.67.

DATED:_____                    _____
                                          HONORABLE KENLY KIYA KATO
                                          United States Magistrate Judge