# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE INLAND EMPIRE IBEW-NECA DEFINED CONTRIBUTION TRUST FUND; BOARD OF TRUSTEES OF THE INLAND EMPIRE IBEW-NECA HEALTH PLAN; BOARD OF TRUSTEES OF THE RIVERSIDE COUNTY ELECTRICAL EDUCATIONAL AND TRAINING TRUST FUND; BOARD OF TRUSTEES OF THE LOCAL 477, I.B.E.W.-SOUTHERN SIERRAS CHAPTER, N.E.C.A. EDUCATIONAL AND TRAINING TRUST FUND; BOARD OF TRUSTEES OF THE INLAND EMPIRE IBEW-NECA LABOR-MANAGEMENT COOPERATION COMMITTEE TRUST; BOARD OF TRUSTEES OF THE ADMINISTRATIVE MAINTENANCE FUND; LOCAL UNION NO. 440 INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS; AND LOCAL UNION NO. 477 INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS,<br><br>      Plaintiffs,<br><br>  v.<br><br>CICO Electrical Contractors, Inc., a California corporation, | CASE NO. 5:19-cv-01312-KK<br><br>**[PROPOSED] JUDGMENT** |

|   |   |
|---|---|
| 1 | Defendant. |
| 2 | ) |

This action having been commenced on July 17, 2019, and the Court having approved the Stipulation for Entry of Judgment in favor of Plaintiffs, and for good cause shown,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:

Plaintiffs BOARD OF TRUSTEES OF THE INLAND EMPIRE IBEW-NECA DEFINED CONTRIBUTION TRUST FUND; BOARD OF TRUSTEES OF THE INLAND EMPIRE IBEW-NECA HEALTH PLAN; BOARD OF TRUSTEES OF THE RIVERSIDE COUNTY ELECTRICAL EDUCATIONAL AND TRAINING TRUST FUND; BOARD OF TRUSTEES OF THE LOCAL 477, I.B.E.W.-SOUTHERN SIERRAS CHAPTER, N.E.C.A. EDUCATIONAL AND TRAINING TRUST FUND; BOARD OF TRUSTEES OF THE INLAND EMPIRE IBEW-NECA LABOR-MANAGEMENT COOPERATION COMMITTEE TRUST; BOARD OF TRUSTEES OF THE ADMINISTRATIVE MAINTENANCE FUND; LOCAL UNION NO. 440 INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS; and LOCAL UNION NO. 477 INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS shall recover from Defendant CICO ELECTRICAL CONTRACTORS, INC., a California corporation, the amount of: **$265,950.98** ($349,588.67 minus a credit of $83,637.69).

DATED: November 17, 2020



HONORABLE KENLY KIYA KATO
United States Magistrate Judge